AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| HELEN GREENE JOHNSON, as Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased,<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA,<br><br>*Defendant(s)* | Civil Action No. 23-CV-8506 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The United States of America

    c/o U.S Attorney Breon Peace      c/o U.S. Attorney General Merrick B. Garland
    Eastern District of New York      U.S. Department of Justice
    271 Cadman Plaza East      950 Pennsylvania Avenue, NW
    Brooklyn, New York 11201      Washington, D.C. 20530-001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David B. Shanies
    Shanies Law Office LLC
    110 West 40th Street, Tenth Floor
    New York, New York 10018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                     BRENNA B. MAHONEY
                                                                      *CLERK OF COURT*

Date: _____                                                       _____
                                                                                       *Signature of Clerk or Deputy Clerk*