UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HELEN GREENE JOHNSON, *as Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased*,

        Plaintiff,

– against –

UNITED STATES OF AMERICA,

        Defendant.

Case No. 23-CV-8506

**NOTICE OF APPEARANCE**

---

        PLEASE TAKE NOTICE that Deborah I. Francois of the Shanies Law Office PLLC hereby appears as counsel of record for Plaintiff Helen Greene Johnson, Administrator of the Estate of Khalil Islam, in this action.

Dated: New York, New York
       November 16, 2023

                                              _____
                                              Deborah I. Francois
                                              Shanies Law Office
                                              110 West 40th Street, Tenth Floor
                                              New York, New York 10018
                                              (212) 951-1710 (Tel)
                                              (212) 951-1350 (Fax)
                                              deborah@shanieslaw.com