UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HELEN GREENE JOHNSON, *as
Administrator of the Estate of Khalil Islam,
also known as Thomas Johnson, Deceased,*

                  Plaintiff,

    – against –

UNITED STATES OF AMERICA,

                  Defendant.

Case No. 23-CV-8506

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Tristan M. Ellis of the Shanies Law Office PLLC

hereby appears as counsel of record for Plaintiff Helen Greene Johnson, Administrator of the

Estate of Khalil Islam, in this action.


Dated:  New York, New York
       November 16, 2023

                                            _____
                                            Tristan M. Ellis
                                            Shanies Law Office
                                            110 West 40th Street, Tenth Floor
                                            New York, New York 10018
                                            (212) 951-1710 (Tel)
                                            (212) 951-1350 (Fax)
                                            *tristan@shanieslaw.com*