UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON, *as Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased*,<br><br>    Plaintiff,<br><br>– against –<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 23-CV-8506 (JRC) |

## DECLARATION OF SERVICE

I, DAVID B. SHANIES, being duly sworn, submit this declaration of service under Federal Rule of Civil Procedure 4. I am over the age of 18 and not a party to this case. I caused Defendant United States of America to be served with the Summons and Complaint as follows:

1. I caused true and correct copies of the summons and complaint to be delivered by United States Postal Service Certified Mail to: (a) the civil process clerk at the United States Attorney's Office for the Eastern District of New York, at 271 Cadman Plaza East, Brooklyn, New York 11201; and (b) the United States Attorney General, at 950 Pennsylvania Avenue NW, Washington, DC, 20530, on November 24 and December 6, 2023, respectively.

2. I caused a true and correct copy of the summons and complaint to be delivered by FedEx Overnight delivery to the United States Attorney for the Eastern

District of New York, at 271 Cadman Plaza East, Brooklyn, New York 11201, on November 21, 2023.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   December 6, 2023    By: _____
                      New York, New York            David B. Shanies