UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

HELEN GREENE JOHNSON, *as Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased*,

                        Plaintiff,

    v.

UNITED STATES,

                        Defendant.
-----------------------------------------------------X

NOTICE OF APPEARANCE

Civil Action No.
23-cv-08506

(Cho, M.J.)

      PLEASE TAKE NOTICE that BREON PEACE, United States Attorney for the Eastern District of New York, Alexandra Megaris, Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as an attorney for defendant UNITED STATES OF AMERICA. The undersigned certifies that she is authorized to appear in this Court. This appearance is made without waiver to service, venue, or jurisdiction.

Dated: Brooklyn, New York
       December 26, 2023

                                         BREON PEACE
                                         United States Attorney
                                         Eastern District of New York
                                         271-A Cadman Plaza East, 7th Floor
                                         Brooklyn, New York 11201

                         By:   */s/ Alexandra Megaris*
                              ALEXANDRA MEGARIS
                              Assistant U.S. Attorney
                              (718) 254-6105
                              Alexandra.Megaris@usdoj.gov

cc:    All counsel of record (by ECF)