CLOSED,ACO,MJI,TransferredOutCase−DoNotDocket

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:23−cv−08506−JRC

Greene Johnson v. United States of America  
Assigned to: Magistrate Judge James R. Cho  
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 11/16/2023  
Date Terminated: 02/01/2024  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Helen Greene Johnson**  
*as Administrator of the Estate of Khalil Islam,*  
*also known as Thomas Johnson, Deceased*

represented by **Deborah Ingrid Francois**  
David B. Shanies Law Office  
110 West 40th Street  
Ste Tenth Floor  
New York, NY 10018  
212−951−1710  
Email: deborah@shanieslaw.com  
*ATTORNEY TO BE NOTICED*

**Tristan Myles Ellis**  
Shanies Law Office  
110 West 40th Street  
10th Floor  
New York, NY 10018  
212−951−1710  
Email: tristan@shanieslaw.com  
*ATTORNEY TO BE NOTICED*

**David Bradley Shanies**  
Shanies Law Office  
110 West 40th Street  
Ste Tenth Floor  
New York, NY 10018  
212−951−1710  
Fax: 212−951−1350  
Email: david@shanieslaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**

represented by **Alexandra Megaris**  
DOJ−USAO  
Government  
371−A Cadman Plaza East  
Brooklyn, NY 11201  
718−254−6105  
Email: alexandra.megaris@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2023 | Ï 1 | COMPLAINT against United States of America filing fee $ 402, receipt number ANYEDC−17289799 Was the Disclosure Statement on Civil Cover Sheet completed −NO,, filed by Helen Greene Johnson. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Shanies, David) (Entered: 11/16/2023) |
| 11/16/2023 | Ï 2 | NOTICE of Appearance by Deborah Ingrid Francois on behalf of Helen Greene Johnson (aty to be noticed) (Francois, Deborah) (Entered: 11/16/2023) |
| 11/16/2023 | Ï 3 | NOTICE of Appearance by Tristan Myles Ellis on behalf of Helen Greene Johnson (aty to be noticed) (Ellis, Tristan) (Entered: 11/16/2023) |
| 11/17/2023 | Ï | Notice: Missing 2nd Page of Civil Cover Sheet **NOTICE: Incomplete Civil Cover Sheet.** The Civil Cover Sheet was not filled out correctly – The Clerk's Office cannot assign this case without a completed 2 Page Form Civil Cover Sheet. Please resubmit a COMPLETED Civil Cover Sheet including the SECOND PAGE (Not the Instruction Page). This event can be found under the event Other Documents − Proposed Summons/Civil Cover Sheet (CV) (Entered: 11/17/2023) |
| 11/18/2023 | Ï 4 | Civil Cover Sheet.. Re Notice: Re: Incomplete Civil Cover Sheet, by Helen Greene Johnson (Shanies, David) (Entered: 11/18/2023) |
| 11/20/2023 | Ï 5 | Clerks Notice Re: Consent. A magistrate judge has been assigned as the presiding judge in this case as part of a Pilot Program, governed by EDNY Administrative Order 2023−23. In accordance with Rule 73 of the Federal Rules of Civil Procedure, Local Rule 73.1, the parties are notified that if all parties consent, the assigned Magistrate Judge is available to conduct all proceedings in this action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to this Notice is a blank copy of the consent form that should be filled out, signed and filed electronically only if all parties wish to consent. The form is also available here: https://www.nyed.uscourts.gov/edny−direct−assignment−pilot−program. Any party may withhold its consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent. Unless all parties consent to the Magistrate Judge jurisdiction by the deadline set forth in the Administrative Order 2023−23, a District Judge will be assigned to the case. The parties are directed to review the terms of Administrative Order 2023−23 and other materials related to the Pilot Program on the Courts website: https://www.nyed.uscourts.gov/edny−direct−assignment−pilot−program. (CV) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 6 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (CV) (Entered: 11/20/2023) |
| 11/20/2023 | Ï 7 | Summons Issued as to United States of America. (CV) (Entered: 11/20/2023) |
| 12/06/2023 | Ï 8 | SUMMONS Returned Executed by Helen Greene Johnson. United States of America served on 12/6/2023, answer due 2/5/2024. (Shanies, David) (Entered: 12/06/2023) |
| 12/26/2023 | Ï 9 | NOTICE of Appearance by Alexandra Megaris on behalf of United States of America (aty to be noticed) (Megaris, Alexandra) (Entered: 12/26/2023) |
| 01/18/2024 | Ï 10 | Consent MOTION for Extension of Time to File Answer *or Otherwise Respond* by United States of America. (Megaris, Alexandra) (Entered: 01/18/2024) |
| 01/18/2024 | Ï | ORDER: The Court grants the motion for an extension of time to answer the complaint 10 . Defendant shall answer, move, or otherwise respond to the complaint by 2/15/2024. The parties are encouraged to consent to the Magistrate Judge to conduct all proceedings in this action. AO 85 |

| | | |
|---|---|---|
| | | Consent Form. Any party may withhold its consent without adverse substantive consequences. See Dkt. 5 . Absent consent of all the parties to proceed before the Magistrate Judge, if defendant anticipates filing a dispositive motion in response to the complaint, by 2/15/2024, defendant must file a letter no longer than one page expressing its intent to file such a motion. Ordered by Magistrate Judge James R. Cho on 1/18/2024. (SGC) (Entered: 01/18/2024) |
| 02/01/2024 | Ï 11 | Joint MOTION to Change Venue by United States of America. (Megaris, Alexandra) (Entered: 02/01/2024) |
| 02/01/2024 | Ï 12 | ORDER granting 11 Motion to Change Venue. Ordered by Magistrate Judge James R. Cho on 2/1/2024. (SGC) (Entered: 02/01/2024) |
| 02/01/2024 | Ï | Case transferred to the Southern District of New York. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (SGC) (Entered: 02/01/2024) |