UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GREENE JOHNSON, *as Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased*,

    Plaintiff,

– against –

UNITED STATES OF AMERICA,

    Defendant.

Case No. 24-CV-872 (DEH)

**CERTIFICATE OF SERVICE**

DAVID BRADLEY SHANIES, being duly sworn, deposes and says the following:

1. I am an attorney representing Plaintiff Helen Greene Johnson in this case. I submit this certificate of service in accordance with the Court's Notice of Initial Pretrial Conference and Order entered on February 7, 2024 (ECF No. 14).

2. This case was recently transferred from the United States District Court for the Eastern District of New York. There, Defendant United States of America appeared by counsel (ECF No. 9), and it is my understanding that Defendant will be represented by the United States Attorney's Office for the Southern District of New York ("USAO") going forward.

3. On February 13, 2024, in accordance with the Court's February 7th Order and a request today from Jeffrey Oestericher, Chief of the USAO's Civil Division, I served counsel for Defendant by email with copies of: (a) Docket Entry 14, and (b) this Court's Individual Rules and Practices in Civil Cases.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   February 13, 2024
                    New York, New York

                                              DAVID B. SHANIES