UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GREENE JOHNSON, *as Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased,*

        Plaintiff,

– against –

UNITED STATES OF AMERICA,

        Defendant.

Case No. 1:24-cv-00872-DEH

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Eleanor C. Davis of the Shanies Law Office PLLC hereby appears as counsel of record for Plaintiff Helen Greene Johnson, Administrator of the Estate of Khalil Islam, in this action.

Dated: New York, New York
       February 21, 2024

                                            Eleanor C. Davis
                                            Shanies Law Office
                                            110 West 40th Street, Tenth Floor
                                            New York, New York 10018
                                            (212) 951-1710 (Tel)
                                            (212) 951-1350 (Fax)
                                            eleanor@shanieslaw.com