UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON,<br><br>                                 Plaintiff,<br><br>    - v. -<br><br>UNITED STATES OF AMERICA,<br><br>                                Defendant. | No. 24 Civ. 00872 (DEH)<br><br>NOTICE OF APPEARANCE |

TO:   Clerk of Court
         United States District Court
         Southern District of New York

     The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for defendant United States of America and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         March 11, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ Jeffrey Oestericher
      JEFFREY OESTERICHER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2695
      Facsimile:  (212) 637-0033
      Email:  Jeffrey.Oestericher@usdoj.gov