


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 28, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
           *Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

    This Office represents the United States of America ("Government"), defendant in these two related actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.* We write respectfully to inform the Court that the Government intends to file a motion to dismiss in lieu of filing an answer to the complaint in each action. With plaintiff's consent in both actions, we propose the following briefing schedule:

- Opening papers due April 23;
- Opposition papers due May 24;
- Reply due June 7.

    We thank the Court for its consideration of this request.

                                              Respectfully,

                                              DAMIAN WILLIAMS
                                              United States Attorney
                                              Southern District of New York

                      By:  /s/ *Ilan Stein*
                             ILAN STEIN
                             DANIELLE J. MARRYSHOW
                             JEFFREY OESTERICHER
                             Assistant United States Attorneys for the
                             Southern District of New York
                             Tel.: (212) 637-2525/-2689/-2695
                             Email: ilan.stein@usdoj.gov

danielle.marryshow@usdoj.gov
jeffrey.oestericher@usdoj.gov

cc: Plaintiff's counsel (via ECF)

Application **GRANTED**.

The government's motion to dismiss is due **April 23, 2024**;
Plaintiff's opposition is due **May 24, 2024**;
The government's reply is due **June 7, 2024**.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: March 29, 2024
New York, New York