

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 18, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
              *Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

      This Office represents the United States of America ("Government"), defendant in these two related actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.* We write respectfully to request a one-week extension to file our anticipated motion to dismiss. The reason for this request is that the Government needs additional time to consult with the FBI and craft its response.

      With plaintiff's consent in both actions, we respectfully request that the briefing schedule be amended as follows:

- Opening papers due April 30;
- Opposition papers due May 31;
- Reply due June 14.

      This is the first request for an extension of the briefing schedule. We thank the Court for its consideration of this request.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney
        Southern District of New York

By: /s/ *Danielle J. Marryshow*
     ILAN STEIN
     DANIELLE J. MARRYSHOW
     JEFFREY OESTERICHER
     Assistant United States Attorneys for the
     Southern District of New York
     Tel.: (212) 637-2525/-2689/-2695
     Email: ilan.stein@usdoj.gov
           danielle.marryshow@usdoj.gov
           jeffrey.oestericher@usdoj.gov

cc: Plaintiff's counsel (via ECF)

Application **GRANTED**.

The government's motion to dismiss is due **April 30, 2024**;
Plaintiff's opposition is due **May 31, 2024**;
The government's reply is due **June 14, 2024**.

The Clerk of Court is respectfully requested to close ECF No. 27 and to docket this order in both cases, 24-cv-872 and 24-cv-874.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: April 19, 2024
New York, New York