# EXHIBIT 2



UNITED STATES GOVERNMENT

# Memorandum

TO: SAC, New York (105-8999)   DATE: 4/13/65

FROM: Director, FBI (100-399321)

SUBJECT: MALCOLM K. LITTLE
INTERNAL SECURITY - MMI

ReBSlet 3/25/65 captioned "Leon Lionel Phillips, Jr., aka, SM - NOI," a copy of which is attached for the Newark Office which has not previously received copies.

New York should carefully review the information contained in referenced letter as furnished by the late Leon Lionel Phillips. After this review, New York should determine whether Phillips had been interviewed by the New York City Police Department (NYCPD) during his visit there after the murder of Little. An attempt should be made to determine whether the information contained in referenced letter is already in the possession of the NYCPD, particularly the information alleging that the individual who fired the shotgun at Little was supposedly a lieutenant from the Newark Temple of the Nation of Islam (NOI). In the event this information is not already in the possession of the NYCPD, such information should not be furnished to the NYCPD without first receiving Bureau authority.

Newark should review its files for the purpose of identifying the lieutenant in the Newark Temple of the NOI. If Newark has not already done so, a photograph of this lieutenant should be furnished to the New York Office for the purpose of having informants who were present at the time Little was killed view the photograph for possible identification as one of the murderers. This matter should be handled promptly.

Boston should in the future insure that copies of all communications are furnished to every interested office so that it will not be necessary for the Bureau to furnish copies of such communications to additional interested offices.

2 - Newark (Enclosure)
1 - Boston (100-27649)