# EXHIBIT 3

...IAM J. HUGHES
...T, NEW JERSEY

COMMITTEE:
COMMITTEE ON THE JUDICIARY

COMMITTEE ON MERCHANT
MARINE AND FISHERIES

SELECT COMMITTEE ON AGING

# Congress of the United States
## House of Representatives
### Washington, D.C. 20515

May 29, 1980

Mr. William H. Webster
Director
Federal Bureau of Investigation
J. Edgar Hoover Building
10th and Pennsylvania Avenue, N. W.
Washington, D. C. 20535

Dear Mr. Webster:

I have recently received a petition signed by many of my constituents who are urging a new investigation into the assassination of Al-Hajji Malik Shabazz (Malcolm X). A copy of the petition is enclosed.

*Deceased*

According to the petition, new evidence has come to light which identifies all of the persons involved in the assassination and exonerates two of the three men convicted of the crime. In consequence, my constituents urge a new investigation of the assassination.

I would respectfully request that the FBI look into the statements made in the petition and inform me of its findings. I also would like to know if the FBI is currently conducting, or planning to conduct, a new investigation in the assassination of Al-Hajji Malik Shabazz (Malcolm X).

In advance, I appreciate your attention to this matter.

With kind personal regards.

Sincerely,

William J. Hughes
Member of Congress
(New Jersey)

WJH:emr
Enclosure



The undersigned citizens of the United States Respectfully request that you use your best efforts to have the Congress investigate the assassination of Al-Hajji Malik Shabazz (Malcolm X) on February 21, 1965. We understand that there is new evidence identifying all of the persons involved in the assassination and exonerating two of the three men convicted of the crime, namely Muhammad/Abdel Aziz (Norman 3X Butler), and Khalil Islam (Thomas 15X Johnson), and that this material has already been furnished to you. The House Committee on Assassinations investigated only the deaths of John F. Kennedy, and Martin Luther King, Jr.. In view of the new evidence relating to the killing of Al-Hajji Malik Shabazz (Malcolm X), it is high time that a thorough investigation of his death took place so that two innocent men, who have already spent more than fourteen (14) years in jail, can win their freedom.

Name AND Address