



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 26, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
             *Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

    This Office represents the United States of America ("Government"), defendant in these two related actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. The Government is preparing to file its motion to dismiss on April 30. *See* ECF 28. The Government writes respectfully to request leave to file an opening memorandum of law of up to 36 pages in length. The reason for this request is that the Government requires additional pages to properly address plaintiffs' claims, given the number of claims brought and the complexity of issues raised. Plaintiffs in both actions consent to this request.

    We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:  /s/ *Ilan Stein*
ILAN STEIN
DANIELLE J. MARRYSHOW
JEFFREY OESTERICHER
Assistant United States Attorneys for the
Southern District of New York
Tel.: (212) 637-2525/-2689/-2695
Email: ilan.stein@usdoj.gov
       danielle.marryshow@usdoj.gov
       jeffrey.oestericher@usdoj.gov

    cc: Plaintiff's counsel (via ECF)

---

Application **GRANTED**.

The opening memorandum of law may be up to 36 pages in length.

The Clerk of Court is directed to close ECF No. 32 in Cases No. 24-CV-872 and 24-CV-874 and docket this Order in both cases.

SO ORDERED.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: April 29, 2024
New York, New York