UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON, as Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **NOTICE OF MOTION**<br><br>No. 24 Civ. 872 (DEH) |
| MUHAMMED A. AZIZ,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 24 Civ. 874 (DEH) |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant the United States of America's Motion to Dismiss the Complaints, Defendant, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court for orders dismissing the complaints in these actions pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

1

Dated: April 30, 2024
       New York, New York

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York
                              *Attorney for Defendant*

                              <u>/s/ Ilan Stein</u>
                              ILAN STEIN
                              DANIELLE MARRYSHOW
                              JEFFREY S. OESTERICHER
                              Assistant United States Attorney
                              86 Chambers Street, Third Floor
                              New York, New York 10007
                              Telephone: (212) 637-2525/-2689/-2695
                              E-mail: ilan.stein@usdoj.gov
                              danielle.marryshow@usdoj.gov
                              jeffrey.oestericher@usdoj.gov