UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 24-CV-872 (DEH) |
| MUHAMMAD A. AZIZ,<br><br>                    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 24-CV-874 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      The Court held an initial pretrial conference on May 1, 2024. For the reasons discussed at the conference, it is hereby **ORDERED**:

      As the above-captioned actions involve common questions of law and fact and the parties agreed or did not dispute that consolidation is appropriate, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, these cases are consolidated under the case number 24-CV-872. The Clerk of the Court is respectfully directed to consolidate these cases under the lead case, docket No. 24-CV-872, and to administratively close 24-CV-874. All future filings shall be on the 24-CV-872 docket.

      That the parties shall meet and confer in good faith within 14 days regarding the discovery issues addressed at the conference, including the collection of documents and ESI, and the obtaining of security clearances for attorneys who will be working the case (if necessary).

No later than **May 14, 2024**, the parties shall file a joint status letter on ECF. Such a letter shall state whether these issues have been resolved among the parties, or if not, shall set forth each side's position on any disputed discovery issues that have not been resolved.

As Plaintiffs requested and Defendant consented, the Plaintiffs' memorandum of law in opposition to the motion to dismiss (ECF No. 35) may be up to 36 pages in length.

A case management plan and scheduling order will be issued separately.

SO ORDERED.

Dated: May 1, 2024
New York, New York

_____
DALE E. HO
United States District Judge