UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GREENE JOHNSON, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

24-CV-872 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On November 28, 2023, pro se movant Stan J. Caterbone filed a motion for leave to file an amicus brief in *Aziz v. United States of America*, Case No. 24-CV-874. *See* ECF No. 9. On February 6, 2024, Case No. 24-CV-874 was transferred from the United States District Court for the Eastern District of New York to the Southern District of New York. On February 6, 2024, Case No. 4-CV-874 was reassigned to the undersigned.

"It is well-established that a district court has broad discretion to grant or deny an appearance as amicus curiae in a given case." *Picard v. Greiff*, 797 F. Supp. 2d 451, 452 (S.D.N.Y. 2011) (*citing United States v. Ahmed*, 788 F. Supp. 196, 198 n.1 (S.D.N.Y. 1992)). "The usual rationale for amicus curiae submissions is that they are of aid to the court and offer insights not available from the parties." *Women for Am. First v. De Blasio*, No. 20 Civ. 5746 (LGS), 2020 WL 4904057, at *2 (S.D.N.Y. Aug. 18, 2020) (internal citation omitted). Mr. Caterbone's motion for leave to file an amicus brief is untimely as there are no issues before the Court and cannot, by definition, be "of aid to the court." Accordingly, Mr. Caterbone's motion for leave to file an amicus brief is **DENIED**.

The Clerk of Court is respectfully directed to terminate movant Stan J. Caterbone.

SO ORDERED.

Dated: May 2, 2024
New York, New York

_____
DALE E. HO
United States District Judge