# SHANIES
# LAW OFFICE

World's Tower Building
110 West 40th Street
Tenth Floor NYC 10018
(212) 951-1710 (tel)
(212) 951-1350 (fax)
www.shanieslaw.com

Application **GRANTED**.

The joint status letter is due May 28, 2024.
The Clerk of Court is respectfully requested to close ECF No. 39.

SO ORDERED.

May 10, 2024

*[signature]*

Dale E. Ho
United States District Judge
Dated: May 13, 2024
New York, New York

BY ECF

The Honorable Dale E. Ho
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Greene Johnson and Aziz v. United States of America*, No. 24-CV-872 (DEH)

Dear Judge Ho:

      Plaintiffs and Defendant submit this joint request for a two-week extension of time to file a status letter concerning the discovery issues addressed at the initial conference on May 1, 2024.  *See* Order, ECF No. 37.  This is the parties' first request for an extension of this deadline.  The parties request this extension to afford the parties additional time to meet and confer about the issues and try to reach resolutions without seeking court intervention.

      We thank the Court for its time and consideration of this request.

Respectfully Submitted,

*[signature]*

David B. Shanies