

# SHANIES
# LAW OFFICE

World's Tower Building
110 West 40th Street
Tenth Floor NYC 10018
(212) 951-1710 (tel)
(212) 951-1350 (fax)
www.shanieslaw.com

May 28, 2024

BY ECF

The Honorable Dale E. Ho
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Greene Johnson and Aziz v. United States of America*, No. 24-CV-872 (DEH)

Dear Judge Ho:

      Plaintiffs and Defendant submit this joint request for a two-week extension of time (to June 11, 2024) to file a status letter concerning the discovery issues addressed at the initial conference on May 1, 2024.  *See* Order, ECF No. 37.  This is the parties' second request for an extension of this deadline.  The parties have conferred numerous times but require this additional time to address—and, hopefully, resolve— one of the issues under discussion.

      We thank the Court for its time and consideration of this request.

Application **GRANTED.**

Parties shall file a status letter by **June 11, 2024**.
The Clerk of Court is respectfully directed to close ECF
No. 43.

SO ORDERED.

Respectfully Submitted,

*David W Shanies*

David B. Shanies

*Dale Ho*

Dale E. Ho
United States District Judge
Dated: May 29, 2024
New York, New York