# SHANIES LAW OFFICE

World's Tower Building
110 West 40th Street
Tenth Floor NYC 10018
(212) 951-1710 (tel)
(212) 951-1350 (fax)
www.shanieslaw.com

May 29, 2024

BY ECF

The Honorable Dale E. Ho
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *Greene Johnson and Aziz v. United States of America*, No. 24-CV-872 (DEH)

Dear Judge Ho:

Plaintiffs respectfully submit this request for a one-week extension of time to file their brief in opposition to Defendant's Motion to Dismiss. *See* ECF No. 34. Plaintiffs' opposition brief is currently due on Friday, May 31, 2024, and Defendant's reply brief is currently due on Friday, June 14, 2024. ECF No. 28. Plaintiffs request that:

1. Their opposition brief now be due on Friday, June 7, 2024; and
2. Defendant's reply brief now be due on Friday, June 21, 2024.

This is Plaintiffs' first request for an extension of time to file their opposition brief. Plaintiffs require additional time to complete their brief and respond to the numerous, complex arguments in Defendant's oversized submission (for which the originally agreed-to briefing schedule did not account). *Compare* ECF Nos. 24–25 (proposing and ordering the original briefing schedule), *and* 27–28 (requesting and granting Defendant's extension request), *with* ECF No. 32–33 (requesting and granting Defendant's request to file an oversized brief).

The parties do not currently have a scheduled appearance before the Court. Defendant consents to this request.

We thank the Court for its time and consideration of this request.

Respectfully Submitted,

David B. Shanies

Application **GRANTED.**

Plaintiffs' opposition to the Motion to Dismiss, ECF No. 34, is due by **June 7, 2024** and Defendant's reply is due by **June 21, 2024**.

The Clerk of Court is respectfully directed to close ECF No. 44.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: May 29, 2024
New York, New York