

# SHANIES LAW OFFICE

World's Tower Building
110 West 40th Street
Tenth Floor NYC 10018
(212) 951-1710 (tel)
(212) 951-1350 (fax)
www.shanieslaw.com

June 5, 2024

<u>BY ECF</u>

The Honorable Dale E. Ho
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Greene Johnson and Aziz v. United States of America*, No. 24-CV-872 (DEH)

Dear Judge Ho:

      Plaintiffs respectfully submit this request for an additional ten excess pages for their memorandum of law in opposition to Defendant's motion to dismiss (ECF Nos. 34–35), for a total of 46 pages.  Your Honor previously granted Plaintiffs' request to submit a memorandum of law up to 36 pages in length (ECF No. 37) after granting Defendant's identical request to file a memorandum of law with excess pages.  (ECF No. 33.)  However, Plaintiffs require additional space to adequately respond to the numerous arguments in Defendant's submission.  (ECF No. 35.)  Defendant consents to this request.

      We thank the Court for its time and consideration of this request.

Respectfully Submitted,

*/s/ David B. Shanies*

David B. Shanies

---

Application GRANTED.

Plaintiffs' memorandum of law in opposition to Defendant's motion to dismiss, ECF Nos. 34-25, may be up to 46 pages.

The Clerk of Court is respectfully requested to close ECF No. 47.

SO ORDERED.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: June 6, 2024
New York, New York