

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 11, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

　　　Re:　*Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
　　　　　　*Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

　　　This Office represents the United States of America ("Government"), defendant in these two consolidated actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.* We write on behalf of the parties to respectfully request a three-day extension to file our joint status letter, from June 11, 2024, to June 14, 2024.  The reason for this request is that the parties were unable to reach agreement with respect to Plaintiffs' request for security clearances to access classified material, and the Government needs additional time to confer with the FBI and craft its response. This is the second request for an extension of the time to file the joint status letter.  We thank the Court for its consideration of this request.

　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　DAMIAN WILLIAMS
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　　　　By:　/s/ *Danielle J. Marryshow*
　　　　　　　　　　　　　　　　　　　ILAN STEIN
　　　　　　　　　　　　　　　　　　　DANIELLE J. MARRYSHOW
　　　　　　　　　　　　　　　　　　　JEFFREY OESTERICHER
　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys for the
　　　　　　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　　　　　　Tel.:  (212) 637-2525/-2689/-2695
　　　　　　　　　　　　　　　　　　　Email: ilan.stein@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　danielle.marryshow@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　jeffrey.oestericher@usdoj.gov

cc: Plaintiffs' counsel (via ECF)