


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 11, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
             *Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

      This Office represents the United States of America ("Government"), defendant in these two consolidated actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.* We write on behalf of the parties to respectfully request a three-day extension to file our joint status letter, from June 11, 2024, to June 14, 2024.  The reason for this request is that the parties were unable to reach agreement with respect to Plaintiffs' request for security clearances to access classified material, and the Government needs additional time to confer with the FBI and craft its response. This is the second request for an extension of the time to file the joint status letter.  We thank the Court for its consideration of this request.

Application GRANTED.

The joint status letter is due **June 14, 2024**.
The Clerk of Court is directed to close ECF No. 50.

SO ORDERED.

*[signature]*

Dale E. Ho
United States District Judge
Dated: June 12, 2024
New York, New York

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:  /s/ *Danielle J. Marryshow*
     ILAN STEIN
     DANIELLE J. MARRYSHOW
     JEFFREY OESTERICHER
     Assistant United States Attorneys for the
     Southern District of New York
     Tel.:  (212) 637-2525/-2689/-2695
     Email: ilan.stein@usdoj.gov
            danielle.marryshow@usdoj.gov
            jeffrey.oestericher@usdoj.gov

cc: Plaintiffs' counsel (via ECF)