

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 14, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    *Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
             *Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

      This Office represents the United States of America ("Government"), defendant in these two consolidated actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.* We write respectfully to request a 16-day extension to file our reply brief in support of our motion to dismiss, from June 21, 2024, to July 9, 2024.  The reason for this request is that the Government needs additional time to consult with the FBI and craft its response.

      This is the first request for an extension of the time to file a reply brief.  Plaintiffs consent to the requested extension.  We thank the Court for its consideration of this request.

                                                Respectfully,

                                               DAMIAN WILLIAMS
                                               United States Attorney
                                               Southern District of New York

                                     By:   /s/ *Danielle J. Marryshow*
                                               ILAN STEIN
                                               DANIELLE J. MARRYSHOW
                                               JEFFREY OESTERICHER
                                               Assistant United States Attorneys for the
                                               Southern District of New York
                                               Tel.:  (212) 637-2525/-2689/-2695
                                               Email: ilan.stein@usdoj.gov
                                                             danielle.marryshow@usdoj.gov
                                                             jeffrey.oestericher@usdoj.gov

cc: Plaintiffs' counsel (via ECF)