



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 14, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    *Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
             *Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

    This Office represents the United States of America ("Government"), defendant in these two consolidated actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*. We write respectfully to request a 16-day extension to file our reply brief in support of our motion to dismiss, from June 21, 2024, to July 9, 2024.  The reason for this request is that the Government needs additional time to consult with the FBI and craft its response.

    This is the first request for an extension of the time to file a reply brief.  Plaintiffs consent to the requested extension.  We thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ *Danielle J. Marryshow*
ILAN STEIN
DANIELLE J. MARRYSHOW
JEFFREY OESTERICHER
Assistant United States Attorneys for the
Southern District of New York
Tel.:  (212) 637-2525/-2689/-2695
Email: ilan.stein@usdoj.gov
       danielle.marryshow@usdoj.gov
       jeffrey.oestericher@usdoj.gov

cc: Plaintiffs' counsel (via ECF)

---

Application **GRANTED**.

Defendant's reply brief in support of its motion to dismiss is due **July 9, 2024**.

The Clerk of Court is respectfully requested to close ECF No. 52.

SO ORDERED.

*[signature: Dale E. Ho]*

Dale E. Ho
United States District Judge
Dated: June 17, 2024 New York, New York