UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | 24-CV-872 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The parties in the above-captioned case had agreed to a partial stay of discovery pending resolution of the Government's motion to dismiss, ECF No. 34. *See* ECF No. 29. Plaintiff Helen Greene Johnson and Muhammad A. Aziz (collectively "Plaintiffs") consented to the stay, in part, on the condition that the Government would attempt to begin the process of obtaining necessary security clearances for attorneys working on the case. *Id*. On June 14, 2024, the parties filed a letter reporting a disagreement regarding what, if anything, could or should be done now to initiate the security clearance approval process for attorneys working on the case. *See* Jt. Letter 2, ECF No. 53. The Government, in turn, asked the Court to "defer consideration of the classified documents issue, if ever necessary, until after a decision on the motion to dismiss." *Id.* at 7.

  A conference was held on this matter on June 24, 2024. For the reasons discussed at the conference, it is hereby **ORDERED** that by **June 27, 2024**, the Government shall file a letter motion, not to exceed three pages, on its request to stay document discovery pending resolution of its motion to dismiss. Plaintiffs shall file a response, not to exceed three pages, by **July 2, 2024**.

SO ORDERED.

Dated: June 24, 2024
       New York, New York

_____
DALE E. HO
United States District Judge
