

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 8, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

    Re:    *Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
            *Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

    This Office represents the United States of America ("Government"), defendant in these two related actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.*  The Government is preparing to file its reply memorandum of law in support of its motion to dismiss on July 9.  *See* ECF 54.  The Government writes respectfully to request leave to file a reply memorandum of law of 31 pages in length.  The reason for this request is that the Government requires additional pages to properly address plaintiffs' arguments, given the number of claims brought and the complexity of issues raised.  Plaintiffs in both actions consent to this request.

    We thank the Court for its consideration of this request.

                                                  Respectfully,

                                                  DAMIAN WILLIAMS
                                                  United States Attorney
                                                  Southern District of New York

                                  By:   /s/ *Danielle J. Marryshow*
                                        ILAN STEIN
                                        DANIELLE J. MARRYSHOW
                                        JEFFREY OESTERICHER
                                        Assistant United States Attorneys for the
                                        Southern District of New York
                                        Tel.:  (212) 637-2525/-2689/-2695
                                        Email: ilan.stein@usdoj.gov
                                                     danielle.marryshow@usdoj.gov
                                                     jeffrey.oestericher@usdoj.gov

cc: Plaintiffs' counsel (via ECF)