



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 8, 2024

**By ECF**
The Honorable Dale E. Ho
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:    *Helen Greene Johnson v. United States of America*, 24 Civ. 872 (DEH);
       *Muhammad A. Aziz v. United States of America*, 24 Civ. 874 (DEH)

Dear Judge Ho:

This Office represents the United States of America ("Government"), defendant in these two related actions brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.*  The Government is preparing to file its reply memorandum of law in support of its motion to dismiss on July 9.  *See* ECF 54.  The Government writes respectfully to request leave to file a reply memorandum of law of 31 pages in length.  The reason for this request is that the Government requires additional pages to properly address plaintiffs' arguments, given the number of claims brought and the complexity of issues raised.  Plaintiffs in both actions consent to this request.

We thank the Court for its consideration of this request.

Application **GRANTED.**

The Government's reply memorandum of law may be up to 31 pages.

The Clerk of Court is directed to close ECF No. 61.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: July 9, 2024
New York, New York

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:  /s/ *Danielle J. Marryshow*
     ILAN STEIN
     DANIELLE J. MARRYSHOW
     JEFFREY OESTERICHER
     Assistant United States Attorneys for the
     Southern District of New York
     Tel.:  (212) 637-2525/-2689/-2695
     Email: ilan.stein@usdoj.gov
            danielle.marryshow@usdoj.gov
            jeffrey.oestericher@usdoj.gov