UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 24-CV-872 (DEH) |
| MUHAMMAD A. AZIZ,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 24-CV-874 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  The Court will hold a hearing to take place on **October 22, 2024, at 10:30 a.m. (E.T.).** The Hearing will take place in Courtroom 905 of the Thurgood Marshall United States District Courthouse, 40 Foley Square, New York, NY 10007. The Parties shall be prepared for oral argument on the fully briefed motion to dismiss (ECF No. 34).

  SO ORDERED.

Dated: October 3, 2024
    New York, New York

                           DALE E. HO
                         United States District Judge