UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELENE GREENE JOHNSON, et al.,

                Plaintiffs,

v.

UNITED STATES OF AMERICA,

                Defendant.

24-CV-872 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, the conference scheduled for **March 18, 2025, at 11:00 a.m. ET is RESCHEDULED to March 18, 2024, at 10:30 a.m. ET**.

The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 488 171 642, followed by the pound (#) sign.

SO ORDERED.

Dated: October 7, 2024
      New York, New York

                                              DALE E. HO
                                      United States District Judge