UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELENE GREENE JOHNSON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 24-CV-872 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

A scheduling order issued on October 7, 2024 contained a typographic error. The Court will hold a post-discovery case management conference in this case at 10:30 am on March 18, **2025**. The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453- 4442 and entering the Conference ID: 488 171 642, followed by the pound (#) sign.

SO ORDERED.

Dated: October 8, 2024
New York, New York

DALE E. HO
United States District Judge