UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 24-CV-872 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    Due to an unforeseen conflict, the conference scheduled for today at 11:00 a.m. is ADJOURNED to **Wednesday, July 16, 2025, at 11:30 a.m.** The conference will take place **in person** in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated: July 15, 2025
       New York, New York

                                                    DALE E. HO
                                            United States District Judge