UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GREENE JOHNSON, et al.,

                              Plaintiffs,

            v.

UNITED STATES OF AMERICA,

                              Defendant.

24-CV-872 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court has reviewed the parties' submissions on Plaintiff's Motion to Compel (ECF No. 109) and believes a conference would facilitate resolution of the issues raised.  By **October 6, 2025**, the parties are directed to submit a joint status letter addressing the effect of the government shutdown on the status of discovery and Defendant's availability to participate in a conference.

SO ORDERED.

Dated:  October 3, 2025
        New York, New York

DALE E. HO
United States District Judge