**MEMO ENDORSED**

# SHANIES
# LAW OFFICE

World's Tower Building
110 West 40th Street
Tenth Floor NYC 10018
(212) 951-1710 (tel)
(212) 951-1350 (fax)
www.shanieslaw.com

February 3, 2026

BY ECF

The Honorable Dale E. Ho
United States District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Greene Johnson and Aziz v. United States of America*, No. 24-CV-872 (DEH)

Dear Judge Ho:

Plaintiffs Muhammad A. Aziz and Helen Greene Johnson respectfully submit this request, with Defendant's consent, for a two-week adjournment of the conference on Plaintiffs' motion to compel, currently scheduled for February 10, 2026, at 2:30 p.m. *See* ECF No. 128. This is Plaintiffs' second request for an adjournment of this conference. Plaintiffs previously requested an adjournment on December 17, 2025, *see* ECF No. 127, which the Court granted on December 18, 2025, *see* ECF No. 128.

Plaintiffs seek an adjournment because Plaintiffs will request a pre-motion conference with the Court concerning additional discovery disputes, and we anticipate that the Court may find it more efficient to hold a single conference to address both the pending motion to compel and this forthcoming pre-motion letter. We referenced these additional disputes in our December 17, 2025, letter to the Court, noting that we had outlined the issues for Defendant's counsel in a September 28, 2025, email and that the parties' efforts to resolve the disputes without burdening the Court had been put on hold due to the government shutdown. Defendant responded to our September 28th email on January 24, 2026. On January 30, 2026, after it became clear to us, based on Defendant's response, that the parties are at an impasse, we informed Defendant that we intend to file a pre-motion letter, which we are currently preparing. Notwithstanding our efforts to finalize and file the pre-motion letter quickly, we recognize there may not be sufficient time

Letter to the Honorable Dale E. Ho                                    February 3, 2026

between the filing of that letter and the February 10th conference for Defendant to respond and the Court to review both parties' submissions.

Accordingly, Plaintiffs respectfully propose, with Defendant's consent, a two-week adjournment of the February 10th conference.  However, we, of course, defer to the Court's preference as to whether to hold that conference as planned and schedule a separate conference (to the extent Plaintiffs' request for one is granted) for the pre-motion letter.[1]

We thank the Court for its time and consideration of this request.

Respectfully Submitted,

David B. Shanies

Application **GRANTED.**  The conference is **ADJOURNED** to February 24, 2026 at 3:00 p.m.  The conference will take place in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

The Clerk of Court is respectfully directed to close ECF No. 130.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: February 4, 2026
New York, New York

---

1.  To the extent the Court grants the adjournment request but by less than two weeks, we respectfully request that the conference be adjourned to a date other than February 17, 2026, or February 18, 2026, during which Plaintiffs' counsel will be at trial for another matter.