UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN GREENE JOHNSON, *as administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased*,

　　　　　　　　　　　　Plaintiff,

　　　　　v.

UNITED STATES OF AMERICA,

　　　　　　　　　　　　Defendant.

24-CV-872 (DEH)

ORDER

DALE E. HO, United States District Judge:

On March 3, 2026, the parties met for a conference on, inter alia, various discovery disputes identified in Plaintiffs' February 17, 2026 letter, ECF No. 134. The Court construes that submission as a Motion to Compel. The Court **GRANTS in part** and **DENIES in part** Plaintiffs' various requests.

Plaintiffs request the Court to order Defendant to answer additional questions about the adequacy of its search for responsive documents. The Court **DENIES** that request without prejudice. To the extent there are particular questions in Plaintiffs' original July 23, 2025 letter, ECF No. 134-3, that Plaintiffs believe have not been addressed by the Government's memorandum response, ECF No. 134-4, then Plaintiff may renew this request as to those specific questions. Any such renewed request shall identify with specificity why Plaintiffs believe that the Government's memorandum response was insufficient.

Plaintiffs request the Court to order Defendant to produce additional documents about William Bradley. This request is **GRANTED in part**. Defendants are **ORDERED** to produce responsive documents concerning Bradley located at the Department of Justice and at the United States Attorney's Office for the District of New Jersey pertaining to William Bradley, starting

with the time period previously agreed upon by the parties through the time of termination of the criminal case against Bradley in the District of New Jersey.  To the extent Plaintiffs request documents at the United States Attorney's Offices for the Southern and Eastern Districts of New York, the request is **DENIED**.

Plaintiffs' request regarding audio and video files is **DENIED as moot** given the government's representation that no such responsive files are being withheld.

Plaintiffs' request the Court to order Defendant to conduct an additional search of the names of individuals and entities named in paragraph 1.2 of their September 8, 2025 email, ECF No. 135-5 at 8-9.  This request is **GRANTED in part**.  Defendants are **ORDERED** to run a search of each name identified by Plaintiffs in that paragraph except for the generalized names "Nation of Islam" or "NOI" within the automatic index of Sentinel.  To the extent Plaintiffs request that Defendants search in a different index or location, or that they search additional names not listed in paragraph 1.2 of their email, the request is **DENIED**.  The parties are **ORDERED** to meet and confer on the production of documents responsive to those searches.

Plaintiffs request the Court to order Defendant to specify for each redaction it has applied pursuant to its named redaction codes which privilege it is invoking for each redaction code. This request is **GRANTED**.

For the reasons stated on the record, Plaintiffs' Consent Motion to seal materials filed in connection with its pending Motion to Compel, ECF No. 107, is **GRANTED**.

Plaintiffs' pending Motion to Compel, ECF No. 109, will be decided in due course.

The Clerk of Court is respectfully directed to close ECF Nos. 99 and 107.

SO ORDERED.

Dated: March 4, 2026
      New York, New York

_____
DALE E. HO
United States District Judge