UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON, as administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 24 Civ. 872 (DEH)<br><br>ORDER |
| MUHAMMAD A. AZIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 24 Civ. 874 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The parties have jointly requested that supplemental briefing and an evidentiary hearing on the informer's privilege issue in this case, as well as the filing of an Amended Case Management Plan, be held in abeyance until other remaining discovery issues are resolved. ECF No. 153 at 1-2. That request is **GRANTED**.

The parties have also requested a conference to discuss their current disagreement about the scope of materials, if any, to be produced based on Defendant's additional search. That request is **GRANTED**. The parties shall meet for a conference to discuss the current disagreement on **Tuesday, May 26, 2026** at **2:30 p.m.** The conference will be held on Microsoft Teams. The parties should dial in by calling 646-453-4442 and entering the Meeting I.D.: 938 161 915, followed by the pound (#) sign.

By **May 15, 2026**, Plaintiffs shall file a letter brief, not to exceed five (5) pages, laying out their position on the dispute.  Defendant shall file a letter brief of the same length responding to Plaintiffs' letter by **May 21, 2026**.

SO ORDERED.

Dated: May 13, 2026
       New York, New York

DALE E. HO
United States District Judge