UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 24-CV-872 (DEH) |
| MUHAMMAD A. AZIZ,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 24-CV-874 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The Court held a conference on the parties' dispute over discovery on May 26, 2026. Plaintiffs' application is **GRANTED IN PART**. Defendants are **DIRECTED** to produce documents from a sample set of documents associated with 300 Sentinel and other search "hits" discussed during the conference **by June 5, 2026**. By the same date, the parties are **DIRECTED** to submit a status letter describing the results from that sample, and information relevant to the Court's consideration of the proportionality analysis, including: the extent to which the sample documents reflect duplicate documents, documents already disclosed to NARA, documents already produced to Plaintiffs, and documents that no longer exist; and the amount of time associated with producing documents from the sample.

The Court **RESERVES** judgment on the balance of Plaintiffs' Motion to Compel, ECF No. 155, which remains pending.

SO ORDERED.

Dated:  May 27, 2026
        New York, New York

_____
DALE E. HO
United States District Judge