UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN GREENE JOHNSON, as Administrator of the Estate of Khalil Islam, also known as Thomas Johnson, Deceased,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | 24-CV-0872 (DEH) |
| MUHAMMED A. AZIZ.,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | 24-CV-0874 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On September 15, 2026, the parties in the above-captioned matters were directed to submit a joint status letter on September 30, 2026. ECF No. 143. The Court *sua sponte* EXTENDS the deadline to Friday, October 30, 2026 as a courtesy. The parties are directed to file a joint status letter by that date.

SO ORDERED.

Dated: October 23, 2026
New York, New York

DALE E. HO
United States District Judge